**Motion Granted; Order filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00049-CV

_____

**PARKWAY CHEVROLET, INC., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-51182**

## ORDER

Appellant's brief was originally due April 12, 2019. We granted two extensions of time to file appellant's brief and have twice ordered appellant to file a brief or risk dismissal for want of prosecution. No brief was filed. On August 7, 2019, counsel filed a further request for extension of time to file appellant's brief. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **August 28, 2019**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM